AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bury, David C. | U.S. District Court - Arizona | 05/07/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
405 W. Congress, Suite 6170
Tucson, Arizona 85701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Rental Property #2 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/02/02 | Bury,Moeller,Humphrey & O'Meara Profit Sharing Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 05/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MSSB:IRA (AGTHX) | A | Dividend | J | T | | | | | |
| 2. MSSB: IRA (H) | | | | | | | | | |
| 3. --AIIEX Investco Internat'l Growth Fund Class A | | None | | | Merged (with line 4) | 06/02/14 | K | | |
| 4. --AIIYX Invesco Internat'l Growth Fund | | None | | | Sold | 06/03/14 | K | A | |
| 5. --AHITX American High Income Trust Fund Class A | A | Dividend | | | Merged (with line 6) | 06/03/14 | J | | |
| 6. --AHIFX American High Income Trust Fund Class A | A | Dividend | | | Sold | 06/03/14 | J | A | |
| 7. --ABNDX Bond Fund of America Class A | A | Dividend | | | Merged (with line 8) | 06/03/14 | J | | |
| 8. --ABNFX American Bond Fund of America Class F2 | A | Dividend | | | Sold | 06/03/14 | K | A | |
| 9. --CWBFX(X) Capital World Bond Fund Class A | A | Dividend | | | Sold | 06/03/14 | J | A | |
| 10. --INTC Intel Corporation Common | A | Dividend | | | Sold | 06/03/14 | J | | |
| 11. --JNJ Johnson & Johnson Common | A | Dividend | | | Sold | 06/03/14 | J | D | |
| 12. --Morgan Stanley Bank NA #MM (X) | A | Interest | K | T | | | | | |
| 13. --MADVX Blackrock Equity Dividend I (X) | D | Dividend | N | T | Buy | 06/03/14 | M | | |
| 14. | | | | | Sold (part) | 12/08/14 | J | A | |
| 15. --BIIEX - Brandes Internat'l EQI (X) | A | Dividend | K | T | Buy | 06/03/14 | K | | |
| 16. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 17. --GSZIX -Goldman Sachs Strategic INC I (X) | B | Dividend | L | T | Buy | 06/03/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --JNBSX- JP Morgan Income Builder Sel (X) | B | Dividend | L | T | Buy | 06/03/14 | L | | |
| 19. --MWTIX Metropolitan West Tot Ret BD I (X) | B | Dividend | M | T | Buy | 06/03/14 | M | | |
| 20. | | | | | Sold (part) | 06/03/14 | J | A | |
| 21. --NBGIX Neuberger Berman Genesis Inst (X) | C | Dividend | K | T | Buy | 06/03/14 | K | | |
| 22. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 23. | | | | | Sold (part) | 06/03/14 | J | B | |
| 24. --NSTLX Neuberger Berman Str Inc Inst (X) | B | Dividend | L | T | Buy | 06/03/14 | L | | |
| 25. --NSBRX Nuveen Santa Barbara Div Gr I (X) | C | Dividend | M | T | Buy | 06/03/14 | M | | |
| 26. | | | | | Sold (part) | 06/03/14 | K | A | |
| 27. --PIASX Pia Short Term Securities (X( | A | Dividend | K | T | Buy | 06/03/14 | K | | |
| 28. --JVXIX Virtus Foreign Opport I (X) | A | Dividend | K | T | Buy | 06/03/14 | K | | |
| 29. MSSB: JOINT FMA (H) | | | | | | | | | |
| 30. --AGTHX Growth Fund of America Class A | A | Dividend | J | T | Buy (add'l) | 12/17/14 | J | | |
| 31. --AGTHX Growth Fund of America Class A-AGTHX | A | Distribution | J | T | | | | | |
| 32. --LAMAX Lord Abbett Capital Structure Fund Class A | A | Dividend | K | T | Buy (add'l) | 06/27/14 | J | | |
| 33. --LAMAX Lord Abbett Capital Structure Fund Class A | A | Distribution | K | T | | | | | |
| 34. --NEE Nextera Energy Inc. | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --SMCWX Smallcap World Fund Class A | B | Distribution | J | T | Buy (add'l) | 12/16/14 | J | | |
| 36. --SMCWX Smallcap World Fund Class A | A | Dividend | J | T | | | | | |
| 37. --AWSHX Washington Mutual Investors Fund Class A | A | Dividend | K | T | Buy (add'l) | 06/20/14 | J | | |
| 38. --AWSHX Washington Mutual Investors Fund Class A | A | Distribution | K | T | | | | | |
| 39. --JITCX JP Morgan Interim Tax FR BD C (X) | A | Dividend | M | T | Buy | 08/04/14 | M | | |
| 40. | B | Interest | M | T | Buy (add'l) | 08/29/14 | J | | |
| 41. --SMMU Pimco Shrt Term Muni B Exc (X) | A | Dividend | K | T | Buy | 08/04/14 | K | | |
| 42. | A | Interest | K | T | | | | | |
| 43. --SHM SPDR Nuveen Barclays Capital S (X) | A | Dividend | K | T | Buy | 08/04/14 | K | | |
| 44. | A | Interest | K | T | | | | | |
| 45. --Gamco Global Gold Natural Reso- GGN | A | Distribution | J | T | | | | | |
| 46. --Microsoft Corp MSFT | A | Dividend | J | T | | | | | |
| 47. --Mesa AZ Bond | A | Interest | J | T | | | | | |
| 48. --Mesa AZ Utility Sys Bond | A | Interest | J | T | | | | | |
| 49. Morgan Stanley Pvt Bank NAMoney (Y) Mkt (Y) | | | | | | | | | |
| 50. MorganStanley Bank NA Money Mkt (X) | A | Interest | M | T | | | | | |
| 51. CHASE CHECKING ACCT | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bury, Moeller, Humphrey & O'Meara Profit Sharing Plan | A | Interest | J | W | | | | | |
| 53. Rental Property #2, Tucson, AZ | A | Rent | L | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 05/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

REGARDING PART VII:

Line 3 AIIEX was converted to AIIYX, now line 4.

Line 5  AHITX was  converted to AIIYX, now line 6.

Line 7 ABNDX was converted to ABNFX, now line 8.

Line 49 Morgan Stanley Pvt Bank NA Money Market and the cash  is now in one fund (see line 50).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Bury**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544